IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TIMOTHY LONG,

        Plaintiff,                        No. 2:12-cv-01698 DAD

    v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,        ORDER TO SHOW CAUSE

        Defendant.
_____/

        The Scheduling Order filed in this case on June 26, 2012 (Doc. No. 9) required plaintiff to file a motion for summary judgment and/or remand within 45 days from being served with a copy of the administrative record. Defendant served a copy of the record upon plaintiff on July 30, 2012, and plaintiff's motion is now long overdue.[1]

        IT IS ORDERED that plaintiff shall show good cause in writing, within fourteen days after this order is filed, for failing to file a timely motion for summary judgment.

DATED: December 7, 2012.

                                                  /s/ Dale A. Drozd
                                                  DALE A. DROZD
                                                  UNITED STATES MAGISTRATE JUDGE

DAD:6
Ddad1\orders.soc sec\long1698.osc.pmsj

---

[1] Plaintiff has not informed the court of any request for voluntary remand submitted to the Office of the General Counsel and served on defendant.